# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155457

ALLAN ROOKS,
      Plaintiff,

v

SC: 155457
COA: 328561
Macomb CC: 2013-001697-NO

ANDOVER HEIGHTS CONDOMINIUM
ASSOCIATION,
      Defendant/
      Third-Party Plaintiff-Appellant,
and

JOHNNIES CONCRETE REPLACEMENT, INC.,
      Third-Party Defendant-Appellee.

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2017



Clerk

t1121